No. 39,891

A. B. WILLIAMS, et al., *Appellees*, v. R. V. SMRHA, Chief Engineer of the Division of Water Resources, Kansas State Board of Agriculture, Topeka, Kansas, and THE CITY OF WICHITA, KANSAS, *Appellants*.

(293 P. 2d 227)

Opinion filed January 28, 1956.

*Warden L. Noe*, special assistant attorney general, and *William P. Timmerman*, of Wichita, argued the cause, and *Harold R. Fatzer*, attorney general, *Paul Wilson*, assistant attorney general, *Fred W. Aley*, city attorney, *Robert B. Morton*, assistant city attorney, *Edward F. Arn*, and *Richard F. Mullins*, all of Wichita, were with them on the briefs for the appellants.

*Kenneth G. Speir* and *J. G. Somers*, both of Newton, argued the cause, and *Vernon A. Stroberg, Herbert H. Sizemore*, and *Richard F. Hrdlicka*, all of Newton, were with them on the briefs for the appellees.

The opinion of the court was delivered by

ROBB, J.: This appeal is dismissed in accordance with the opinion and views expressed in *City of McPherson v. Smrha*, No. 39,873, this day decided.